No. 97–8059. SATHER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 97–8061. ALLS v. QUESTCARE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8067. CHARLES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–8071. ABIDEKUN v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–8075. DENARD v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 97–8082. BARUCH v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8084. MIKKO v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8087. DOVE v. DAVIS, CHAIRMAN, MARYLAND PAROLE COMMISSION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8090. ANGEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8102. BRANCH v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8107. MADEJ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8129. MILLSON v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 97–8144. VOLKOVA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 97–8151. TELLIER v. PETRILLO ET AL. C. A. 2d Cir. Certiorari denied.